UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| Zachary Flessner | Case No. 2:20-cv-00874-JDC-KK |
|---|---|
| Plaintiff | |
| VS. | Judge James D. Cain, Jr. |
| Progressive Southeastern Insurance Co., et al | Magistrate Judge Kathleen Kay |
| Defendant | |

## JOINT CONSENT MOTION TO CONSOLIDATE
## FOR DISCOVERY AND TRIAL

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, with the consent of Defendants, in the above-captioned cases jointly submit this motion to consolidate these actions, *Zachary Flessner v. Progressive Southeastern Insurance Co., et al.*, No. 2:20-cv-00874-JDC-KK, with *Lauren Bertram v. Progressive Southeastern Insurance Co, et. al.*, No. 2:19-cv-01478, for discovery and trial, and in support thereof, state as follows:

1. That consolidation is appropriate because both cases arise from the same incident that occurred on July 16, 2019 and therefore involves the same parties, issues, and evidence.

2. That plaintiffs in each action allege that defendant, Anthony Chong, was guilty of negligence in the operation and use of a motor vehicle owned by Defendant Empire National, Inc. and insured by Defendant Progressive Southeastern Insurance Co.

3. That consolidation of these cases will not result in prejudice to any substantial rights of any of the parties.

WHEREFORE, plaintiff, Zachary Flessner, respectfully requests this Court to enter an Order consolidating the above-entitled actions for purposes of discovery and trial.

1

Respectfully submitted,

*/s/ S. Reed Morgan*_____
S. Reed Morgan
Of Counsel- The Carlson Law Firm
100 E. Central Expressway
Killeen, Tx. 76541
Ph: 254.526.5688
Fax: 830.995.2728
Email: rmtrialfirm@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by U.S. Mail and/or electronic service by operation of the court's electronic filing system.

*/s/ S. Reed Morgan*_____
S. Reed Morgan