UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LAUREN BERTRAM, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, CHIROSTPHER BERTRAM, JULIAN BERTRAM AND ALEXANDER BERTRAM**<br>    Plaintiffs | : | **CIVIL ACTION NO. 2:19-CV-1478** |
| VS. | : | JUDGE CAIN |
| **PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, EMPIRE NATIONAL, INC., RIVERSIDE TRANSPORT, INC. AND JUSTIN ANTHONY CHONG**<br>    Defendants | : | MAGISTRATE JUDGE KAY |

### MOTION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES WITH REQUEST FOR EXPEDITED CONSIDERATION

MAY IT PLEASE THE COURT:

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiffs herein, **LAUREN BERTRAM, CHRISTOPHER BERTRAM, JULIAN BERTRAM AND ALEXANDER BERTRAM**, who move this Honorable Court for a continuance of the February 22, 2021 jury trial and pre-trial deadlines. Defendants **EMPIRE NATIONAL, INC.,** [hereinafter "Empire"] and **PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY** [hereinafter "Progressive"] consent to a continuance of the current trial date.

As previously discussed with Magistrate Judge Kay during the October 23, 2020 Motion for Sanctions and Contempt Hearing, Plaintiffs have encountered substantial obstacles in preparing their case for trial as a result of Defendants' complete failure to comply with the federal discovery rules and this Court's orders. Defendants only just provided initial disclosures on October 20,

1

2020. Accordingly, Plaintiffs have been unable to depose witnesses, engage in meaningful discovery, or retain the necessary experts necessary to properly prosecute their case.

In light of these facts, good cause exists for the requested continuance because: (1) Defendants will not be substantially injured by the requested continuance; (2) The Plaintiffs will be severely prejudiced under the current Scheduling Order since they have been unable to adequately prepare their case for trial; and (3) the proposed continuance will not inconvenience the Court. Plaintiffs are currently reviewing Defendants' initial disclosures and discovery responses in order to determine a future course of action. Once these submissions have been adequately reviewed, Plaintiffs will then request a Status Conference with the Court at that time to discuss a new trial date.

Prior to filing this Motion, undersigned counsel conferred with Defendants' counsel in good faith and requested Defendants' consent to the requested continuance. Defendants' counsel agreed to a continuance.

Plaintiffs request expedited consideration of this Motion as it will directly impact the current Scheduling Order which calls for production of Plaintiffs' expert reports by October 26, 2020.

**WHEREFORE**, Plaintiffs pray that, upon expedited consideration, this Honorable Court grant its Motion to Continue Trial and Pre-Trial Deadlines thereby entering an order continuing the February 22, 2021 trial date and all associated pre-trial deadlines.

[*Signature block on following page*]

BY THEIR ATTORNEYS:

/s/ JERE JAY BICE
JERE JAY BICE (Bar Roll No. 18793)
J. ROCK PALERMO III (Bar Roll No. 21793)
MICHAEL G. HODGKINS (Bar Roll No. 20862)
JULIA LOVE TAYLOR (Bar Roll No. 36698)
PEYTON F. PAWLICKI (Bar Roll No. 37826)
Veron, Bice, Palermo & Wilson, LLC
721 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602
Telephone: (337) 310-1600
Fax: (337) 310-1601

**CERTIFICATE OF CONFERENCE**

I, Jere Jay Bice, hereby certify that I have contacted counsel for **EMPIRE NATIONAL, INC.** and **PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY** by email on October 26, 2020 regarding the issues of the above Motion to Continue Trial. Defendants consent to the continuance of the February 22, 2020 trial date and associated pre-trial deadlines. Therefore, I have in good faith attempted to resolve this dispute without the court's intervention as required pursuant to Local Rule 7.9

Lake Charles, Louisiana, this 26th day of October, 2020.

/s/   JERE JAY BICE
JERE JAY BICE (Bar Roll No. 18793)