UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| Zachary Flessner | Case No. 2:20-cv-00874-JDC-KK |
|---|---|
| Plaintiff | |
| VS. | Judge James D. Cain, Jr. |
| Progressive Southeastern Insurance Co., et al | Magistrate Judge Kathleen Kay |
| Defendant | |

**ORDER**

After considering the above and foregoing Joint Consent Motion to Consolidate For Discovery and Trial, it is hereby ORDERED that actions, *Zachary Flessner v. Progressive Southeastern Insurance Co., et al.*, No. 2:20-cv-00874-JDC-KK, and *Lauren Bertram v. Progressive Southeastern Insurance Co, et. al.*, No. 2:19-cv-01478, be consolidated.

Signed in Lake Charles, Louisiana this _____ day of _____, 2020.

_____
Judge James D. Cain, Jr.
United State Federal District Judge
Western District of Louisiana