# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ZACHARY FLESSNER** | : | **NO. 2:20-CV-00874-JDC-KK (LEAD)** |
| | | **NO. 2:19-CV-01478-JDC-KK (MEMBER)** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **PROGRESSIVE SOUTHEASTERN INSURANCE CO., ET AL** | : | **MAGISTRATE JUDGE KATHLEEN KAY** |

\* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motion to Vacate Order Consolidating Actions or Alternatively Motion to Sever;

IT IS HEREBY ORDERED that plaintiffs' Motion to Vacate Order Consolidating Actions or Alternatively Motion to Sever be granted.

Lake Charles, Louisiana, this _____ day of _____, 2020.

_____