**Macdonald, Ian**

| | |
|---|---|
| **From:** | Macdonald, Ian |
| **Sent:** | Wednesday, November 11, 2020 1:00 PM |
| **To:** | Helen Ono West |
| **Cc:** | Reed Morgan; Macdonald, Ian |
| **Subject:** | Re: [EXTERNAL] Flessner v. Progressive, et al. |

No opposition. Actually, I was going to do the same. Since you've started, I'll hold off. Ian

**Sent from my mobile device**

> On Nov 11, 2020, at 11:06 AM, Helen Ono West <helen@thebuckleylawgroup.com> wrote:
>
> Good morning,
> I just called and left you a message but I wanted to follow up via email since you'll be in depos all day. I'm getting ready to file our motion to consolidate cases with Bertram and wanted to make sure that you weren't opposed.
>
> Let me know if you have any questions or feel free to give me a call.
>
> Best,
>
> Helen Ono West | Associate
> **The Buckley Law Group**
> 1811 Bering Drive, Suite 300
> Houston, Texas 77057
> Tel: 281.719.9312
> Fax: 281.719.9307
> helen@thebuckleylawgroup.com
>
> <image001.png>

1

